IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| CMH HOMES, INC., AND<br>VANDERBILT MORTGAGE<br>AND FINANCE, INC. | PLAINTIFF |
| V.              6:12CV6007 | |
| THOMAS R. GOODNER AND<br>LINDA D. GOODNER | DEFENDANT |

## CLERK'S ORDER OF DISMISSAL

The parties herein, having filed their Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P.,

IT IS ORDERED that the above-styled civil action is hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 5, 2015

AT THE DIRECTION OF THE COURT
CHRISTOPHER R. JOHNSON, CLERK

/S/ *Laura L. Wolfe*
Deputy Clerk